UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JASON RAY HAMILTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 3:10-mc-0045 |
| STATE OF TENNESSEE, | ) ) ) | Judge Echols |
| Respondent. | ) | |

### O R D E R

The Court has before it a *pro se* petition for a writ of *habeas corpus* brought under 28 U.S.C. § 2254. The petitioner is a prisoner in the Riverbend Maximum Security Institution in Nashville, Tennessee.

The petitioner has not paid the five dollar ($5.00) fee to file a petition for a writ of *habeas corpus* as required under 28 U.S.C. § 1914(a). Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof.

The petitioner is directed within thirty (30) days of the date of entry of this Order either to pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis*. The petitioner is forewarned that his petition will not be filed until he does one or the other.

The Clerk is **DIRECTED** to return the file to the staff attorneys for initial review under Rule 4, Rules – Section 2254 Cases when the petitioner has complied with this Order.

It is so **ORDERED.**

_____
Robert L. Echols
United States District Judge